**Dismissed and Memorandum Opinion filed July 6, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00235-CV

## CHRISTOPHER DAMON, Appellant

## V.

## JUDITH ANDREA MANRIQUEZ, Appellee

**On Appeal from the 425th Judicial District Court
Williamson County, Texas
Trial Court Cause No. 21-1760-F425**

## MEMORANDUM OPINION

This appeal is from a final decree of divorce signed December 6, 2022. The clerk's record was filed April 5, 2023. The reporter's record was not filed. No brief was filed.

On May 23, 2023, this court issued an order stating that unless appellant filed a brief on or before June 22, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.